IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 12-47560 |
| APPLEWOOD CABINET COMPANY II, | ) | |
| INC. | ) | HON. DONALD R. CASSLING |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF WITHDRAWAL

TO: Parties entitled to notice through Court's electronic filing system

PLEASE TAKE NOTICE that on September 10, 2013, the undersigned caused to be withdrawn the Trustee's Final Report filed on the same date.

/s/ Brenda Porter Helms
Trustee


Brenda Porter Helms
Chapter 7 Trustee
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427