# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
APPLEWOOD CABINET COMPANY II, § Case No. 12-47560
INC.
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  CLERK OF THE COURT
  219 s. DEARBORN STREET
  CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/20/2013 in Courtroom 4016,
  Henry Hyde Judicial Office Facility
  505 N. County Farm Road
  Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/01/2013        By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
APPLEWOOD CABINET COMPANY II, § Case No. 12-47560
INC.
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 32,224.00 |
| and approved disbursements of | $ 5,092.24 |
| leaving a balance on hand of[1] | $ 27,131.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | US Bank dba US Bank Equipment Finance | $ 8,595.94 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 27,131.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,972.40 | $ 0.00 | $ 3,972.40 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,515.80 | $ 0.00 | $ 2,515.80 |
| Auctioneer Expenses: American Auction Associates, Inc. | $ 4,952.19 | $ 4,952.19 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Alan D. lasko & Associates, P.C. | $ 44.80 | $ 0.00 | $ 44.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,533.00 |
| Remaining Balance | $ 20,598.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,543.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Dept of Employment Security | $ 11,254.16 | $ 0.00 | $ 4,679.14 |
| 4 | Intenal Revenue Service | $ 25,530.69 | $ 0.00 | $ 10,614.89 |
| 11 | Illinois Dept of Revenue | $ 5,870.88 | $ 0.00 | $ 2,440.93 |
| 11 | Illinois Dept of Revenue | $ 5,516.00 | $ 0.00 | $ 2,293.39 |
| 12 | Illinois Dept of Revenue | $ 1,371.94 | $ 0.00 | $ 570.41 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 20,598.76 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 276,594.98 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Illinois Dept of Employment Security | $ 90.00 | $ 0.00 | $ 0.00 |
| 2 | Discover Bank | $ 5,548.16 | $ 0.00 | $ 0.00 |
| 3 | Wurth Baer Supply Co | $ 1,576.51 | $ 0.00 | $ 0.00 |
| 4A | Internal Revenue Service | $ 1,412.15 | $ 0.00 | $ 0.00 |
| 5 | VonDreele Freerksen Construction Co | $ 7,213.00 | $ 0.00 | $ 0.00 |
| 6 | Homecure | $ 361.25 | $ 0.00 | $ 0.00 |
| 7 | Gerald Smith | $ 85,593.33 | $ 0.00 | $ 0.00 |
| 8 | Prairie Plus Inc. | $ 1,698.58 | $ 0.00 | $ 0.00 |
| 9 | Doug Freerksen | $ 85,893.33 | $ 0.00 | $ 0.00 |
| 10 | Scott Stack | $ 85,893.33 | $ 0.00 | $ 0.00 |
| 11A | IllinoisDept of Revenue | $ 354.88 | $ 0.00 | $ 0.00 |
| 12A | Illinois Dept of Revenue | $ 54.88 | $ 0.00 | $ 0.00 |
| 13 | Rayner & Rinn Scott Inc | $ 729.08 | $ 0.00 | $ 0.00 |
| 15 | American Welding & Glass | $ 176.50 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-47560-DRC
Applewood Cabinet Company II, Inc.                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina            Page 1 of 3           Date Rcvd: Nov 05, 2013
                              Form ID: pdf006          Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2013.

```
db         +Applewood Cabinet Company II, Inc.,    c/o Eugene Sire,   1001 86th St.,
             Downers Grove, IL 60516-4818
19766130   +7852 West 47th LLC,   1001 86th Street,    Downers Grove, IL 60516-4818
19766131    ADT Security Services, Inc.,   P.O. Box 371967,   Pittsburgh, PA 15250-7967
19766132   +Advantage Mechanical II Inc.,   592 S. Illinois Route 53,    Lombard, IL 60148-2448
19766133   +Aetna Plywood, Inc.,   1401 St. Charles Rd.,   Maywood, IL 60153-1208
19766135   +American Welding & Gas,   P.O. Box 30118,   Billings, MT 59107-0118
19766136    Antitrust North America, Inc.,   P.O. Box 318004,   Independence, OH 44131-8004
19766137   +Armando Guerrero,   3008 Oak Park Av.,   Berwyn, IL 60402-3029
19766141   +Barrymore LLC,   2600 S. 25th Av.,   Suite #L,   Broadview, IL 60155-4514
19766140   +Barrymore LLC,   2600 S. 25th Ave. Suite L,   Broadview, IL 60155-4514
19766142    Brown Wood, Inc.,   P.O. Box 598052,   Chicago, IL 60659-8052
19766143   +Bull Sharpening Service, Inc.,   6332 W. Roosevelt Road,   Oak Park, IL 60304-2387
19766150    CMF, Inc.,   P.O. Box 38,   Elk Grove Village, IL 60009-0038
19766144    Chase Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
19766145    Chemco Manufacturing Co.,   P.O. Box 88657,   Chicago, IL 60680-1657
19766146   +Cintas,   1201 W. St. Charles Rd.,   Maywood, IL 60153-1320
19766147    Classic Brass,   P.O. Box 3563,   Jamestown, NY 14702-3563
19766148    Cleaning Detail,   1919 S. Highland Ave.,   Ste. 137D,   Lombard, IL 60148-6135
19766149   +Clyde W. Lumpkins,   2255 S. 17th St.,   Riverside, IL 60546-1035
19766151    Conestoga,   P.O. Box 62603,   Baltimore, MD 21264-2603
19766152    Cook County Dept. of Revenue,   P.O. Box 641547,   Chicago, IL 60664-1547
19766153   +Cook County Deptartment of Revenue,   118 N. Clark St.,   Room 1160,   Chicago, IL 60602-1315
19766154   +Courter, Inc.,   5373 W. 79th St.,   Indianapolis, IN 46268-1699
19766155   +D. Pollack Glass & Mirror, Inc.,   124 N. Cass Ave.,   Westmont, IL 60559-1604
19766156   +Daniel Yu,   8615 Washington St.,   Downers Grove, IL 60516-4844
19766157   +Deltana Enterprises, Inc.,   10820 NW 29,   Miami, FL 33172-2149
19766160   +Doug Freerksen,   418 N. Harvey Av.,   Oak Park, IL 60302-2337
19766168   +Eugene Sire,   1001 86th St.,   Downers Grove, IL 60516-4818
19766176   +Frank L. Sassetti & Company,   6611 W. North Ave.,   Suite 105,   Oak Park, IL 60302-1099
19766177   +Gerald Smith,   3840 McCormick Av.,   Brookfield, IL 60513-1726
19766186    Groot Industries, Inc.,   P.O. Box 92257,   Elk Grove Village, IL 60009-2257
19766187    Hafele America Co.,   P.O. Box 890779,   Charlotte, NC 28289-0779
19766188   +Heidler Hardwood,   2559 S. Damen Ave.,   Chicago, IL 60608-5206
19766189    Heritage-Crystal Clean LLC,   13621 Collections Center Dr.,   Chicago, IL 60693-0136
19766190   +Homecure,   509 Madison St.,   Oak Park, IL 60302-4406
19766191  ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section Level 7-425,
             100 W. Randolph Street,   Chicago, IL 60602)
20097580    Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago IL 60664-0338
19766193   +Illinois Dept Employment Security,   Chicago Region - Revenue,   527 S. Wells Street, Suite 100,
             Chicago, IL 60607-3962
19850182   +Illinois Dept. of Employment Security,   33 S State St 10th Flr Bankruptcy Unit,
             Chicago, Illinois 60603-2808,   Attn. Amelia Yabes
19766194   +Illinois Fire & Safety Company,   702 S. Rowling Road,   Addison, IL 60101-4288
19766199   +John W. Thomson Co.,   8803 S. Genoa Ave.,   Chicago, IL 60620-2684
19766200  #+Julio Vargas,   7660 43rd St.,   Lyons, IL 60534-2004
19766201    K&S Sprinklers, Inc.,   2619 Congress St.,   Bellwood, IL 60104-2400
19766202    Klingspor Abrasives, Inc.,   P.O. Box 2367,   Hickory, NC 28603-2367
19766203   +Kluver and Platt LLC.,   65 E. Wacker Dr.,   Suite #2300,   Chicago, IL 60601-7244
19766204  #+Kristufek & Associates,   1131 Warren Ave.,   Downers Grove, IL 60515-3578
19766205   +Praire Plus, Inc.,   509 Madison St.,   Oak Park, IL 60302-4406
19766206   +Quick Delivery Service, Inc.,   632 Pratt Ave. North,   Schaumburg, IL 60193-4557
20207344   +Rayner & Rinn Scott Inc,   6755 S Old Harlem Ave,   Bedford Park, IL 60638-4732
19766207   +Rayner and Rinn-Scott, Inc.,   P.O. Box 362,   Summit Argo, IL 60501-0362
19766208   +Sandpiper Inc. of Illinois,   P.O. Box 2579,   Glen Ellyn, IL 60138-2579
19766209   +Scott A. Stack,   747 Highland Av.,   Oak Park, IL 60304-1526
19766214   +Scott Stack,   747 Highland Av.,   Oak Park, IL 60304-1526
20087874   +Scott Stack,   747 Highlant Av,   Oak Park, IL 60304-1526
19766215   +Sierra,   1700 Downs Drive,   West Chicago, IL 60185-1832
19766216   +The Sherwin-Williams Co.,   5111 Dansher Rd.,   La Grange, IL 60525-3128
19766217   +U.S. Bancorp Business Equip Finance,   1310 Madrid St.,   Ste. #105,   Marshall, MN 56258-4006
19766218    U.S. Bank Vendor Services,   P.O. Box 790448,   Saint Louis, MO 63179-0448
20387410   +US Bank NA dba US Bank Equipment Finance,   1310 Madrid Street,   Marshall, MN 56258-4099
19766220    US Bank Vendor Services,   P.O. Box 790448,   Saint Louis, MO 63179-0448
19766221   +VonDreele Freerksen Construction Co,   509 Madison Strett,   Oak Park, IL 60302-4406
19766222    Westye Midwest LLC,   23192 Network Place,   Chicago, IL 60673-1231
19766223   +Wigit's Truck Repair,   6 N. Second Ave.,   Maywood, IL 60153-1693
```

```
District/off: 0752-1            User: nmolina              Page 2 of 3            Date Rcvd: Nov 05, 2013
                                Form ID: pdf006            Total Noticed: 73

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19766138      +E-mail/Text: g17768@att.com Nov 06 2013 00:13:43      AT&T,    P.O. Box 5080,
               Carol Stream, IL 60197-5080
19766139      +E-mail/Text: g20956@att.com Nov 06 2013 00:14:11      AT&T Mobility,    P.O. Box 6463,
               Carol Stream, IL 60197-6463
19766134      +E-mail/Text: lglenn@alltile.com Nov 06 2013 00:13:48      All Title Inc.,    1111 Chase Ave.,
               Elk Grove Village, IL 60007-4809
20040004       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 06 2013 00:21:56      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,    New Albany, OH 43054-3025
19766158       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 06 2013 00:21:56      Discover Card,
               P.O. Box 6103,    Carol Stream, IL 60197-6103
19766185       E-mail/Text: scd_bankruptcynotices@grainger.com Nov 06 2013 00:13:53      Grainger,
               Dept. 852415827,    Palatine, IL 60038-0001
19766196       E-mail/Text: cio.bncmail@irs.gov Nov 06 2013 00:13:47      Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
19766197       E-mail/Text: cio.bncmail@irs.gov Nov 06 2013 00:13:47      Internal Revenue Service,   PO 7346,
               Philadelphia, PA 19101-7346
19766195       E-mail/Text: cio.bncmail@irs.gov Nov 06 2013 00:13:47      Internal Revenue Service,
               P O Box 7346,    Philadelphia, PA 19101-7346
19766224      +E-mail/Text: rkeck@wurthbaersupply.com Nov 06 2013 00:13:57      Wurth Baer Supply Company,
               909 Forest Edge Drive,    Vernon Hills, IL 60061-3149
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19766162      Doug Freerksen
19766163      Doug Freerksen
19766164      Doug Freerksen
19766165      Doug Freerksen
19766166      Doug Freerksen
19766167      Doug Freerksen
19766170      Eugene Sire
19766171      Eugene Sire
19766172      Eugene Sire
19766173      Eugene Sire
19766174      Eugene Sire
19766179      Gerald Smith
19766180      Gerald Smith
19766181      Gerald Smith
19766182      Gerald Smith
19766183      Gerald Smith
19766184      Gerald Smith
19766178      Gerald Smith,   Need
19766210      Scott A. Stack
19766211      Scott A. Stack
19766212      Scott A. Stack
19766213      Scott A. Stack
19766159*      Discover Card,   P.O. Box 6103,    Carol Stream, IL 60197-6103
19766161*     +Doug Freerksen,    418 N. Harvey Av.,    Oak Park, IL 60302-2337
19766169*     +Eugene Sire,    1001 86th St.,    Downers Grove, IL 60516-4818
19766175*     +Eugene Sire,    1001 86th St.,    Downers Grove, IL 60516-4818
19766192*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,   Chicago, IL 60602)
19766219*      U.S. Bank Vendor Services,    P.O. Box 790448,    Saint Louis, MO 63179-0448
19766198    ##+John P. Ortega,    6131 N. Nickerson,    Chicago, IL 60631-2407
                                                                               TOTALS: 22, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: nmolina              Page 3 of 3          Date Rcvd: Nov 05, 2013
                              Form ID: pdf006            Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2013 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Kent A Gaertner    on behalf of Debtor    Applewood Cabinet Company II, Inc.
               kgaertner@springerbrown.com,   kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```