UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
APPLEWOOD CABINET COMPANY II, § Case No. 12-47560
INC.
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | U.S. Bank Vendor Services P.O. Box 790448 Saint Louis, MO 63179-0448 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | US BANK DBA US BANK EQUIPMENT FINAN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armando Guerrero 3008 Oak Park Av. Berwyn, IL 60402 | | | | | |
| | Clyde W. Lumpkins 2255 S. 17th St. Riverside, IL 60546 | | | | | |
| | Daniel Yu 8615 Washington St. Downers Grove, IL 60516 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 5)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | John P. Ortega 6131 N. Nickerson Chicago, IL 60631 | | | | | |
| | Julio Vargas 7660 43rd St. Lyons, IL 60534 | | | | | |
| 1 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 11 | ILLINOIS DEPT OF REVENUE | | | | | |
| 11 | ILLINOIS DEPT OF REVENUE | | | | | |
| 12 | ILLINOIS DEPT OF REVENUE | | | | | |
| 4 | INTENAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7852 West 47th LLC 1001 86th Street Downers Grove, IL 60516 | | | | | |
| | ADT Security Services, Inc. P.O. Box 371967 Pittsburgh, PA 15250-7967 | | | | | |
| | AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197 | | | | | |
| | AT&T P.O. Box 5080 Carol Stream, IL 60197 | | | | | |
| | Advantage Mechanical II Inc. 592 S. Illinois Route 53 Lombard, IL 60148 | | | | | |
| | Aetna Plywood, Inc. 1401 St. Charles Rd. Maywood, IL 60153 | | | | | |
| | All Title Inc. 1111 Chase Ave. Elk Grove Village, IL 60007 | | | | | |
| | American Welding & Gas Inc. P.O. Box30118 Billings, MT 59107 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Antitrust North America, Inc. P.O. Box 318004 Independence, OH 44131-8004 | | | | | |
| | Barrymore LLC 2600 S. 25th Ave. Suite L Broadview, IL 60155 | | | | | |
| | Brown Wood, Inc. P.O. Box 598052 Chicago, IL 60659-8052 | | | | | |
| | Bull Sharpening Service, Inc. 6332 W. Roosevelt Road Oak Park, IL 60304 | | | | | |
| | CMF, Inc. P.O. Box 38 Elk Grove Village, IL 60009-0038 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chemco Manufacturing Co. P.O. Box 88657 Chicago, IL 60680-1657 | | | | | |
| | Cintas 1201 W. St. Charles Rd. Maywood, IL 60153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Classic Brass P.O. Box 3563 Jamestown, NY 14702-3563 | | | | | |
| | Cleaning Detail 1919 S. Highland Ave. Ste. 137D Lombard, IL 60148-6135 | | | | | |
| | Conestoga P.O. Box 62603 Baltimore, MD 21264-2603 | | | | | |
| | Cook County Deptartment of Revenue 118 N. Clark St. Room 1160 Chicago, IL 60602-1304 | | | | | |
| | Courter, Inc. 5373 W. 79th St. Indianapolis, IN 46268 | | | | | |
| | D. Pollack Glass & Mirror, Inc. 124 N. Cass Ave. Westmont, IL 60559 | | | | | |
| | Deltana Enterprises, Inc. 10820 NW 29 Miami, FL 33172 | | | | | |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Doug Freerksen 418 N. Harvey Av. Oak Park, IL 60302 | | | | | |
| | Eugene Sire 1001 86th St. Downers Grove, IL 60515 | | | | | |
| | Frank L. Sassetti & Company 6611 W. North Ave. Suite 105 Oak Park, IL 60302 | | | | | |
| | Gerald Smith 3840 McCormick Av. Brookfield, IL 60513 | | | | | |
| | Grainger Dept. 852415827 Palatine, IL 60038-0001 | | | | | |
| | Groot Industries, Inc. P.O. Box 92257 Elk Grove Village, IL 60009-2257 | | | | | |
| | Hafele America Co. P.O. Box 890779 Charlotte, NC 28289-0779 | | | | | |
| | Heidler Hardwood 2559 S. Damen Ave. Chicago, IL 60608 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heritage-Crystal Clean LLC 13621 Collections Center Dr. Chicago, IL 60693-0136 | | | | | |
| | Homecure 509 Madison St. Oak Park, IL 60302 | | | | | |
| | Illinois Fire & Safety Company 702 S. Rowling Road Addison, IL 60101 | | | | | |
| | John W. Thomson Co. 8803 S. Genoa Ave. Chicago, IL 60620 | | | | | |
| | K&S Sprinklers, Inc. 2619 Congress St. Bellwood, IL 60104-2400 | | | | | |
| | Klingspor Abrasives, Inc. P.O. Box 2367 Hickory, NC 28603-2367 | | | | | |
| | Kristufek & Associates 1131 Warren Ave. Downers Grove, IL 60515 | | | | | |
| | Praire Plus, Inc. 509 Madison St. Oak Park, IL 60302 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quick Delivery Service, Inc. 632 Pratt Ave. North Schaumburg, IL 60193 | | | | | |
| | Rayner and Rinn-Scott, Inc. P.O. Box 362 Summit Argo, IL 60501 | | | | | |
| | Sandpiper Inc. of Illinois P.O. Box 2579 Glen Ellyn, IL 60138 | | | | | |
| | Scott Stack 747 Highland Av. Oak Park, IL 60304 | | | | | |
| | Sierra 1700 Downs Drive West Chicago, IL 60185 | | | | | |
| | The Sherwin-Williams Co. 5111 Dansher Rd. La Grange, IL 60525 | | | | | |
| | US Bank Vendor Services P.O. Box 790448 Saint Louis, MO 63179-0448 | | | | | |
| | Von Dreele-Freerkson 509 Madison St. Oak Park, IL 60302 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Westye Midwest LLC 23192 Network Place Chicago, IL 60673-1231 | | | | | |
| | Wigit's Truck Repair 6 N. Second Ave. Maywood, IL 60153 | | | | | |
| | Wurth Baer Supply Compant 909 Forest Edge Drive Vernon Hills, IL 60061 | | | | | |
| 15 | AMERICAN WELDING & GLASS | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 9 | FREERKSEN, DOUG | | | | | |
| 6 | HOMECURE | | | | | |
| 1A | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 12A | ILLINOIS DEPT OF REVENUE | | | | | |
| 11A | ILLINOISDEPT OF REVENUE | | | | | |
| 4A | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | PRAIRIE PLUS INC. | | | | | |
| 13 | RAYNER & RINN SCOTT INC | | | | | |
| 7 | SMITH, GERALD | | | | | |
| 10 | STACK, SCOTT | | | | | |
| 5 | VONDREELE FREERKSEN CONSTRUCTION CO | | | | | |
| 3 | WURTH BAER SUPPLY CO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-47560 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | APPLEWOOD CABINET COMPANY II, INC. | | Date Filed (f) or Converted (c): | 12/03/12 (f) |
| | | | 341(a) Meeting Date: | 01/25/13 |
| For Period Ending: | 02/20/14 | | Claims Bar Date: | 05/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FIRST NATIONAL BANK OF BROOKFIELD CHECKING ACCOUNT | 3,200.00 | 0.00 | | 0.00 | FA |
| 2. ACCOUNT RECEIVABLE- SEE ADDENDUM TO SCHEDULE B-16 | 2,174.00 | 0.00 | | 0.00 | FA |
| 3. 2740 WASHINGTON BLVD. UNIT #4, BELLWOOD, IL. 6010 | 1,260.00 | 0.00 | | 32,224.00 | FA |
| 4. 2740 WASHINGTON BLVD, UNIT #4, BELLWOOD, IL. 60104 | 54,670.00 | 0.00 | | 0.00 | FA |
| 5. 2740 WASHINGTON BLVD UNIT #4, BELLWOOD, IL. 60104 | 3,850.36 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $65,154.36 | $0.00 | | $32,224.00 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-47560 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | APPLEWOOD CABINET COMPANY II, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1541 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6965 | | | |
| For Period Ending: | 02/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/13 | | American Auction Associates | auction proceeds | 1129-000 | 32,224.00 | | 32,224.00 |
| 04/26/13 | | ASSOCIATED BANK | Bank adjustment-due to bank error | 1129-000 | | 32,224.00 | 0.00 |
| | | | Ledger adjustment for receipt of acution proceeds | | | | |
| | | | (4/25) due to bank error which deposited check in | | | | |
| | | | wrong account. Proceeds of Auction were | | | | |
| | | | re-deposited into this account on 5/1/13 | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | -10.00 |
| 05/30/13 | 3 | American Auction Associates | auction proceeds | 1129-000 | 32,224.00 | | 32,214.00 |
| 06/07/13 | 010001 | American Auction Associates Inc. | auction expenses per court order | 3620-000 | | 4,952.19 | 27,261.81 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.88 | 27,213.93 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.77 | 27,172.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.40 | 27,131.76 |
| 12/30/13 | 010002 | BRENDA PORTER HELMS, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 3,972.40 | 23,159.36 |
| | | 3400 W. LAWRENCE AVENUE | | | | | |
| | | CHICAGO, IL 60625 | | | | | |
| 12/30/13 | 010003 | Alan D. Lasko & Associates, P.C. | Accountant for Trustee Fees (Other | 3410-000 | | 2,515.80 | 20,643.56 |
| 12/30/13 | 010004 | Alan D. lasko & Associates, P.C. | Accountant for Trustee Expenses (Ot | 3420-000 | | 44.80 | 20,598.76 |
| 12/30/13 | 010005 | Illinois Dept of Employment Security | Claim 1, Payment 41.57698% | 5800-000 | | 4,679.14 | 15,919.62 |
| | | 33 S. State St 10th Floor | | | | | |
| | | Bankruptcy Unit | | | | | |
| | | Chicago IL 60603 | | | | | |
| | | Attn: Amelia Yabes | | | | | |
| 12/30/13 | 010006 | Illinois Dept of Revenue | Claim 11, Payment 41.57690% | 5800-000 | | 2,440.93 | 13,478.69 |
| | | Bankruptcy Section | | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago IL 60664 | | | | | |
| 12/30/13 | 010007 | Illinois Dept of Revenue | Claim 11, Payment 41.57705% | 5800-000 | | 2,293.39 | 11,185.30 |
| | | Bankruptcy Section | | | | | |

Page Subtotals       64,448.00       53,262.70

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-47560 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | APPLEWOOD CABINET COMPANY II, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1541 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6965 | | |
| For Period Ending: | 02/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/13 | 010008 | P.O. Box 64338 Chicago IL 60664 Illinois Dept of Revenue | Claim 12, Payment 41.57689% | 5800-000 | | 570.41 | 10,614.89 |
| 12/30/13 | 010009 | Intenal Revenue Service P.O. Box 7346 Philadelphia PA 19101 | Claim 4, Payment 41.57698% | 5800-000 | | 10,614.89 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 64,448.00 | 64,448.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 64,448.00 | 64,448.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 64,448.00 | 64,448.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******1541 | 64,448.00 | 64,448.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 64,448.00 | 64,448.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 02/20/14

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 0.00 11,185.30

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*